| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | LAWRENCE J. GORNICK, ESQ. (SBN 136290)<br>EMILY CHARLEY, ESQ. (SBN 238542)<br>LEVIN SIMES KAISER & GORNICK LLP<br>One Bush Street, 14th Floor<br>San Francisco, California 94104<br>Telephone   (415) 646-7160<br>Facsimile    (415) 981-1270<br><br>Attorneys for Plaintiff |

**FILED**

APR 1 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MANFORD HANSON, | ) | Case No. C 06 1308 MJJ |
| Plaintiff, | ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | ) | |
| ELI LILLY AND COMPANY | ) | HON. MARTIN J. JENKINS |
| Defendants. | ) | |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: April 10, 2006        LEVIN SIMES KAISER & GORNICK LLP

_____
Emily Charley
Attorneys for Plaintiff

IT IS SO ORDERED

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

4/12/2006
DATE

VOLUNTARY DISMISSAL                                PAGE 1